IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:   12-sw-05118-MJW and 12-sw-05119-MJW
IN THE MATTER OF THE SEARCH OF

A brown box marked with Fed Ex label

## GOVERNMENT'S MOTION TO RESTRICT CASE

Comes now the United States of America by and through the undersigned Assistant United States Attorney, and respectfully moves the Court for an Order restricting the above referenced case, as well as this Motion, and as grounds therefore submits the following:

1.   Said Search Warrant, Application and Affidavit for Search Warrant, and this Motion have been filed as a part of a continuing investigation.

2.   The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Search Warrant, Application, and Affidavit for Search Warrant and Order in this matter, as well as this Motion, be restricted

against everyone except attorneys and employees of the Office of the U.S. Attorney, District of Colorado, and agents of the Drug Enforcement Administration, for 60 days.

Respectfully submitted this 14th day of February, 2012.

By:

JOHN F. WALSH
United States Attorney

*Colleen Covell*

COLLEEN COVELL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO. 80202
Telephone: (303) 454-0215
Fax: (303) 454-0401
e-mail: Colleen.Covell@usdoj.gov
Attorney for the Government