AO 104 (02/09) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked)* )
)
one plain brown box, marked with FedEx label ) Case No. 12-sw-05119-MJW
carrying airway bill number 8713 5856 5250 )
)
)

## TRACKING WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☐ is located in this district; ☒ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☐ using the object ☒ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☐ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:


**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device within ten days from the date of this order and may continue use for 45 days. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☐ into the vehicle described above ☒ onto the private property described above
☒ in the daytime only *(i.e., 6:00 a.m. to 10:00 p.m.)*. ☐ at any time of day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to United States Magistrate Judge *(name)* MICHAEL J. WATANABE and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)* ☐ for ___ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

Date and time issued: February 14, 2012 at 11:10 AM

City and state: Denver, Colorado

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

AO 104 (02/09) Tracking Warrant (Page 2)

Case No.

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 2/14/12  1110 hrs

2. Dates and times tracking device maintained: 2/14-15/12  1113 hrs — 1545 hrs

3. Date and time tracking device removed: 2/16/12  1200 hrs

4. The tracking device was used from (date and time): 2/14/12  1113 hrs

   to (date and time): 2/15/12  158 hrs

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from (date and time): _____

   to (date and time): _____

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 2/15/12

_____
Executing officer's signature

Meraly Dolvcca  Special Agent
Printed name and title